ACCEPTED
01-15-00088-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 11:46:21 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00088-CV

| | | |
|---|---|---|
| **WHITNEY BANK** | § | **IN THE FIRST DISTRICT** |
| | § | |
| **v.** | § | |
| | § | |
| **CHRISTIAN FAITH** | § | |
| **MISSIONARY BAPTIST** | § | |
| **CHURCH, CLARENCE** | § | |
| **ANDREWS, MARVIN NIXON,** | § | |
| **WALTER ERVIN, COREY** | § | |
| **WILSON, MARVIN RAUSAW,** | § | |
| **PRESTON COOK,** | § | **COURT OF APPEALS** |
| **CHRISTOPHER DOUGLAS,** | § | |
| **ROLAND MOUTON, JR.,** | § | |
| **RONALD MOUTON,** | § | |
| **DELORIAN MORGAN-JONES,** | § | |
| **ELIZABETH THOMAS, C.L.** | § | |
| **WALLACE, MELVIN R.** | § | |
| **TRUESDALE, ANTHONY** | § | |
| **CRAIG MARTIN, DAVID E.** | § | |
| **DANIELS, EMMA WHEAT,** | § | |
| **MARIAN NOBLE, MARY** | § | |
| **BAKER, JIMMY DENSON, and** | § | |
| **KUNICH RATTLER** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/7/2015 11:46:21 AM

CHRISTOPHER A. PRINE
Clerk

## APPELLANTS' MOTION TO STRIKE APPELLEES' LATE-FILED BRIEF

COME NOW Appellants who respectfully make the following Motion to Strike Appellees' Late-Filed Brief and show in support:

### A.   Introduction

1.   Appellants are Roland Mouton, Jr. and Delorian Morgan Jones; Appellees are Christian Faith Missionary Church (as entity), Clarence Andrews, Marvin Nixon, Walter Ervin, Corey Wilson, Marvin Rausaw, Preston Cook, and Christopher Douglas.

## B.    Factual Summary

2.    Appellees' brief was originally due to this Court on May 13, 2015, a date which was 30 days from the date on which Appellants' Brief was filed.

3.    On May 13, 2015, counsel for Appellees requested a thirty-day extension to June 12, 2015. In support of her request for an extension, counsel attached a document that purported to be a protective order compelling Appellees' counsel to remain in pretrial proceedings in the 309th Judicial District Court of Harris County, Texas. Appellants agreed to a fourteen-day extension, but opposed any extension beyond fourteen days. Appellees' first request for extension was granted.

4.    On June 12, 2015, counsel for Appellees requested a second extension of fourteen days, and she asked that this Court re-set the deadline for her to file Appellees' brief to June 26, 2015. Appellants opposed this request. This Court granted Appellees' second request for an extension.

5.    Appellees' counsel requested a third extension on June 25, 2015, asking again for an extension—this time for a seven-day extension, thus moving the deadline for Appellees to file their brief to July 3, 2015. In support of this request, Appellees' counsel attached a document that purported to be a protective order compelling Appellees' counsel to remain in trial proceedings in the 309th

Judicial District Court of Harris County, Texas beginning June 12, 2015. Appellees' counsel made no effort to confer with counsel for Appellants prior to making this request, which Appellants would have opposed. Nonetheless, Appellees' third request for extension was granted by this Court, and Appellees' Brief was due by July 3, 2015.

6. Appellee requested no further extension, and this Court granted no further extension, beyond the July 3, 2015 date.

7. Appellees failed to file their brief on July 3, 2015.

8. Appellees did not file their brief until after the close of business hours on July 6, 2015.

## C.    Arguments and Authorities

9. In total, from the date Appellants' Brief was due, Appellees had **81** days to file their response brief after several extensions of time were granted by this Court. Appellees nonetheless failed to file their brief by what was effectively the fourth filing deadline in this case and only filed a brief three days later.

10. The Rules make it clear the Court may strike a party's brief when filed late where there is no good cause to excuse the late filing. *See* Tex. R. App. P. 38.8.

11. This Court gave Appellees as much relief as it could conceivably give them in granting an additional 51 days to file and serve their brief. Despite this,

Appellees still failed to timely file their brief. Simply put, there was no good cause justifying Appellees' failure to timely file a brief after the many extensions they requested, and this Court should exercise its discretion to strike Appellees' Brief.

11.     Rather than "become advocates for the appellee, and advance arguments on behalf of the appellee to affirm the trial court's judgment," *Siverand v. State*, 89 S.W.3d 216, 219 (Tex.App.—Corpus Christi 2002, no pet.), which position would run afoul of the Code of Judicial Conduct's requirement of impartiality as well as the rules of appellate procedure which require parties to advance their own arguments, Tex. R. App. P. 38.1(h) and 38.2(a)(1), this Court should strike Appellees' brief as untimely filed.

### C.     Conclusion

7.     Appellants respectfully request that this Court strike Appellees' brief, which was filed **84** days after Appellants' brief was filed, and several days after the final date to which this Court extended Appellees' deadline to file.

Respectfully submitted,

**HOLMES, DIGGS & EAMES, PLLC**

**JUDITH B. SADLER**
Texas Bar No. 17511850
**NATHAN PRIHODA**
State Bar No. 24068070
14701 St. Mary's Lane, Suite 315
Houston, Texas 77079
Tel. (713) 877-8111
Fax. (713) 877-8188
Email: jsadler@holmesdiggs.com

AND

**LAW OFFICES OF RUSSELL C. DUCOFF**

**Russell C. Ducoff**
Texas Bar No. 06158500
4615 Southwest Freeway, Suite 500
Houston, Texas 77027
Tel: (713) 655-8750
Fax: (866) 369-5413
**Attorneys for Appellants, Roland Mouton, Jr. and Delorian Morgan-Jones**

*NP w/ permission*
*SBN: 24068070*

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in the manner specified below on July 7, 2015.

*Via Facsimile: 713-225-0099*
Janice L. Berg
Law Offices of Janice L. Berg
1314 Texas Avenue, Suite 1515
Houston, Texas 77002

*Via Certified Mail, Return Receipt Requested; and*
*Via e-mail: byounglaw@sbcglobal.net*
Bobbie Young
Attorney and Counselor at Law
6161 Savoy, Suite 1019
Houston, Texas 77036

_____
Nathan Prihoda